IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHUNG C. KAO,** | Case No. 12cv1879-CAB (BLM) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE [Doc. No. 107]** |
| **v.** | |
| **ROBERT COBB, et al.,** | |
| Defendants. | |

The parties filed a Joint Motion to Dismiss the Entire Action with Prejudice. The Court **GRANTS** the Motion and dismisses the action with prejudice.

IT IS SO ORDERED.

Dated: March 19, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge